IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KARAN L. SPIVEY,<br><br>                     Plaintiff,<br><br>v.<br><br>RICARDO B. AKSTEIN, M.D.,<br>and AKSTEIN EYE CENTER,<br>P.C.,<br><br>                    Defendant. | 1:04-cv-1003-WSD-CCH |

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagy [81]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation. Defendants' Motion for

Partial Summary Judgment [54] is **GRANTED IN PART** and **DENIED IN PART**.

Defendants' motion is **GRANTED** as to (i) all Title VII claims against Dr. Akstein; (ii) Title VII claims for *quid pro quo* sexual harassment, discriminatory discharge and gender discrimination against Defendant Akstein Eye Center, P.C.; and (iii) state-law claims for intentional infliction of emotional distress, failure to maintain a safe working environment and false imprisonment against both Defendants. Defendants' motion is **DENIED** with respect to Plaintiff's claim for hostile work environment against Defendant Akstein Eye Center, P.C. Accordingly, Counts I, II, IV, V, VI and VII of Plaintiff's Complaint are **DISMISSED** as to both Defendants and Count III is **DISMISSED** as to Defendant Ricardo B. Akstein only.

    **SO ORDERED**, this 30th day of December, 2005.

                                          _____
                                          WILLIAM S. DUFFEY, JR.
                                          UNITED STATES DISTRICT JUDGE